PARISH v. HILL

No. 368PA98

Case below: 130 N.C.App. 195

Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 5 November 1998.

PARKER v. BAREFOOT

No. 408A98

Case below: 130 N.C.App.18

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 3 December 1998. Justice Wynn recused.

PENLAND v. PRIMEAU

No. 239P98-2

Case below: 129 N.C.App. 647

Notice of appeal by defendant pursuant to G.S. 7A-30 (substantial constitutional question) dismissed 3 December 1998. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 December 1998.

PROGRESSIVE AMERICAN INS. CO. v. VASQUEZ

No. 286PA98

Case below: 129 N.C.App. 742

Petition by defendant (Travelers Casualty) for discretionary review pursuant to G.S. 7A-31 allowed 5 November 1998. Petition by defendants (Johnson and Parker) for discretionary review pursuant to G.S. 7A-31 allowed 5 November 1998. Petition by defendants (Faison and Lassiter) for discretionary review pursuant to G.S. 7A-31 allowed 5 November 1998.

PUTNAM v. FERGUSON

No. 354A98

Case below: 130 N.C.App. 95

Motion by defendant to dismiss appeal allowed 5 November 1998.